IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 6:10-CR-74 |
| | § | |
| CHARLES EUGENE ORANGE | § | |

## JUDGMENT OF ACQUITTAL

On April 14, 2011, Defendant Charles Eugene Orange was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

**It is SO ORDERED.**

**SIGNED this 15th day of April, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE